UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC, | Case No. 2:16-cv-01197-APG-PAL |
| Plaintiff, | ORDER |
| v. | |
| ROSS DRESS FOR LESS, INC., | |
| Defendant. | |

This matter is before the court on the parties' failure to file a joint status report as required in Order (ECF No. 3) entered May 27, 2016, regarding removal of this case to federal district court.  On June 14, 2016, Defendant filed a signed Statement (ECF No. 8) which complied with the court's order that the removing party file a statement providing the information specified.  However, the parties have not submitted a joint status report regarding removal as required.  Accordingly,

**IT IS ORDERED** that the parties shall file a joint status report **no later than August 25, 2016,** which must:

1.  Set for the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.
2.  Include a statement by counsel of action required to be taken by this court.
3.  Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

DATED this 11th day of August, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1