Paul R. Hejmanowski (SBN #94)
Charles H. McCrea (SBN #104)
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
prh@hmlawlv.com
chm@hmlawlv.com

*Attorneys for Plaintiff/Counter-Defendant*
*BOCA PARK MARKETPLACE SYNDICATIONS*
*GROUP, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC, a Delaware limited liability company,<br><br>            Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ROSS DRESS FOR LESS, INC.; and DOES 1 through 20, inclusive,<br><br>            Defendant/Counterclaimant,<br><br>AND ALL RELATED ACTIONS. | Case No. 2:16-cv-01197-RFB-PAL<br><br>**JOINT STATUS REPORT**<br>**RE 3/14/17 RULING AWARDING**<br>**ATTORNEYS' FEES AND COSTS** |

Pursuant to U.S. Magistrate Judge Leen's minute order issued March 14, 2017, Plaintiff/Counter-Defendant BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC ("Boca Park") and Defendant/Counter-Claimant ROSS DRESS FOR LESS, INC. ("Ross") respectfully submit this Joint Status Report concerning the status of the parties efforts to agree on the reasonable attorneys' fees and costs incurred by Boca Park to be paid by Ross in dealing with a number of discovery-related motions resolved by the Court at the hearing on March 14, 2017.

HEJMANOWSKI & McCREA LLC
ATTORNEYS AT LAW
520 S. 4th ST., STE. 320
LAS VEGAS,
NEVADA 89101
702.834.8777

# RESOLUTION

Pursuant to the Court's ruling at the hearing on March 14th, the parties have stipulated that Boca Park's reasonable attorneys' fees and costs are $58,840.40.  Ross shall pay Boca Park this amount on or before April 12, 2017.

DATED: March 28, 2017.

| | |
|---|---|
| HEJMANOWSKI & McCREA LLC | KRAVITZ, SCHNITZER & JOHNSON, CHTD. |
| | Gary E. Schnitzer (SBN #395) |
| By: */s/Charles H. McCrea* | Kristopher T. Zeppenfeld (SBN #12144) |
| Paul R. Hejmanowski (SBN #94) | 8985 S. Eastern Avenue, Suite 200 |
| Charles H. McCrea (SBN #104) | Las Vegas, Nevada 89123 |
| 520 South Fourth Street, Suite 320 | |
| Las Vegas, NV 89101 | BUCHALTER, A Professional Corporation |
| | |
| *Attorneys for Plaintiff/Counter-Defendant* | By: */s/Glenn P. Zwang* |
| *BOCA PARK MARKETPLACE* | Glenn P. Zwang (admitted *pro hac vice*) |
| *SYNDICATIONS GROUP, LLC* | Valerie Bantner Peo (admitted *pro hac vice*) |
| | 55 Second Street, Suite 1700 |
| | San Francisco, CA 94105 |
| | |
| | *Attorneys for Defendant/Counterclaimant ROSS DRESS FOR LESS, INC.* |

IT IS SO ORDERED this 31st day of March, 2017.

*[signature]*
Peggy A. Leen
United States Magistrate Judge

## CERTIFICATE OF SERVICE

Pursuant to Federal Rule of Civil Procedure 5(b), I hereby certify that I am an employee of HEJMANOWSKI & McCREA LLC and that on this 28th day of March, 2017, I caused the foregoing **JOINT STATUS REPORT RE 3/14/17 RULING AWARDING ATTORNEYS' FEES AND COSTS** to be served as follows:

[ ]  by depositing same for mailing in the United States Mail, in a sealed envelope addressed to:

[ ]  pursuant to FED. R. CIV. P. 5(b)(2)(E) to be sent via electronic means as indicated:

[ ]  to be hand delivered to:

and/or

[X]  by the Court's CM/ECF System.

*/s/Charles H. McCrea*
An Employee of
HEJMANOWSKI & McCREA LLC

**HEJMANOWSKI & McCREA LLC**
ATTORNEYS AT LAW
520 S. 4th ST., STE. 320
LAS VEGAS,
NEVADA 89101
702.834.8777

Page 3 of 3