DANIEL F. POLSENBERG
Nevada Bar No. 2376
JOEL D. HENRIOD
Nevada Bar No. 8492
JOHN E. BRAGONJE
Nevada Bar No. 9519
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169-5996
(702) 949-8200
(702) 949-8398 (Fax)
DPolsenberg@LRRC.com
JHenriod@LRRC.com
JBragone@LRRC.com

GLENN P. ZWANG
Admitted *Pro Hac Vice*
VALERIE BANTNER PEO
Admitted *Pro Hac Vice*
BUCHALTER, APC
55 Second Street, Suite 1700
San Francisco, California 94105-3493
(415) 227-0900
(415) 227-0770 (Fax)
gzwang@buchalter.com
vbantnerpeo@buchalter.com

*Attorneys for Defendant/Counterclaimant
Ross Dress for Less, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS DRESS FOR LESS, INC.; and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 02:16-CV-1197-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br>**(FIRST REQUEST)** |
| ROSS DRESS FOR LESS, INC.,<br><br>Counter-Claimant,<br>vs.<br><br>BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC,<br><br>Counter-Defendant. | |

1

The parties stipulate to extend the deadline for filing the joint pretrial order from April 18, 2018 until May 23, 2018. The parties have conferred and believe the additional time will help narrow and focus the disputed issues for trial. At the request and agreement of counsel, the Court has already moved the pretrial conference date to June 7, 2018. (ECF No. 104.)

The requested extension will not prejudice the parties, nor will it impact other Court-imposed deadlines established in this case. This is the parties' first request for a continuance of this deadline.

Dated this 14th day of April, 2018.

| HEJMANOWSKI & MCCREA, LLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By:/s/ Charles H. McCrea<br>CHARLES H. MCCREA (SBN104)<br>520 South Fourth Street<br>Suite 320<br>Las Vegas, Nevada 89101<br>(702) 834-8777<br><br>*Attorneys for Plaintiff/Counter-Defendant Boca Park Marketplace Syndications Group, LLC* | BY: /s/ John E. Bragonje<br>DANIEL F. POLSENBERG (SBN 2376)<br>JOEL D. HENRIOD (SBN 8492)<br>JOHN E. BRAGONJE (SBN 9519)<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>(702) 949-8200<br><br>GLENN P. ZWANG<br>Admitted *Pro Hac Vice*<br>VALERIE BANTNER PEO<br>Admitted *Pro Hac Vice*<br>BUCHALTER, APC<br>55 Second Street, Suite 1700<br>San Francisco, California 94105<br>(415) 227-0900<br><br>*Attorneys for Defendant/Counter-Claimant Ross Dress for Less, Inc.* |

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 16th day of April, 2018.