Charles H. McCrea (SBN #104)
HEJMANOWSKI & McCREA LLC
520 South Fourth Street, Suite 320
Las Vegas, NV 89101
T 702.834.8777 | F 702.834.5262
chm@hmlawlv.com

*Attorneys for Plaintiff/Counter-Defendant*
BOCA PARK MARKETPLACE SYNDICATIONS
GROUP, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC, a Delaware limited liability company,<br><br>   Plaintiff/Counter-Defendant,<br><br>vs.<br><br>ROSS DRESS FOR LESS, INC.; and DOES 1 through 20, inclusive,<br><br>   Defendant/Counterclaimant,<br><br>AND ALL RELATED ACTIONS. | Case No. 2:16-cv-01197-RFB-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE AND REPLY DATES RE DEFENDANT AND CROSS-COMPLAINANT ROSS DRESS FOR LESS, INC.'S MOTION FOR AWARD OF ATTORNEY FEES, NON-TAXABLE COSTS, AND PREJUDGMENT INTEREST [ECF NO. 157]** |

## **STIPULATION**

  Plaintiff/Counter-Defendant BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC ("Boca Park") and Defendant/Counter-Claimant ROSS DRESS FOR LESS, INC. ("Ross") stipulate and agree as follows:

  1. The deadline for Boca Park to file and serve a response to Defendant and Cross-Complainant Ross Dress for Less, Inc.'s Motion for Award of Attorney Fees, Non-Taxable Costs, and Prejudgment Interest (ECF No. 157; "Motion for Attorney

Fees") shall be extended from July 17, 2019 to July 31, 2019.

2. The deadline for Ross to file and serve a reply in support of its Motion for Attorney Fees shall be extended from July 24, 2019 to August 14, 2019.

This is the parties' first request for an extension of these deadlines.

Dated this 11th day of July, 2019.

| HEJMANOWSKI & MCCREA LLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
|---|---|
| By:/s/Charles H. McCrea<br>CHARLES H. MCCREA (SBN104)<br>520 South Fourth Street<br>Suite 320<br>Las Vegas, Nevada 89101<br>(702) 834-8777<br><br>*Attorneys for Plaintiff/Counter Defendant BOCA PARK MARKETPLACE SYNDICATIONS GROUP, LLC.* | BY: /s/John E. Bragonje<br>DANIEL F. POLSENBERG (SBN 2376)<br>JOEL D. HENRIOD (SBN 8492)<br>JOHN E. BRAGONJE (SBN 9519)<br>3993 Howard Hughes Pkwy, Suite 600<br>Las Vegas, Nevada 89169<br>(702) 949-8200<br><br>BUCHALTER, APC<br>GLENN P. ZWANG<br>Admitted *Pro Hac Vice*<br>VALERIE BANTNER PEO<br>Admitted *Pro Hac Vice*<br>55 Second Street, Suite 1700<br>San Francisco, California 94105<br>(415) 227-0900<br><br>*Attorneys for Defendant/Counter-Claimant ROSS DRESS FOR LESS, INC.* |

## **ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 15th day of July, 2019.