AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Boca Park Marketplace Syndications Group, LLC

           Plaintiff,

v.

Ross Dress for Less, Inc.

           Defendant.

ATTORNEY FEES

JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-01197-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered for Attorney Fees in the amount of  $1,119,808.80 to Defendant. The Court also awards Defendant all costs for which an invoice was submitted in support of its motion.

 

June 2, 2020  
Date

DEBRA K. KEMPI  
Clerk

/s/ J. Matott  
Deputy Clerk